UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DARRYL DAVIS,

       Plaintiff,                     Case No. 2:19-cv-10118-GCS-RSW

vs.

CREDIT ACCEPTANCE CORPORATION,

       Defendant.

## STIPULATED ORDER COMPELLING ARBITRATION AND DISMISSAL

By submission of this order for entry, the parties consent to its entry and the Court being fully advised in the premises hereby ORDERS that:

1. Plaintiff Darryl Davis ("Plaintiff") filed his Complaint against Defendant Credit Acceptance Corporation ("Credit Acceptance") on January 14, 2019.

2. Plaintiff and Credit Acceptance have agreed to arbitration and shall voluntarily submit their respective claims and counterclaims to binding non-judicial arbitration.

3. The arbitration shall be conducted through the American Arbitration Association.

4. Plaintiff shall initiate arbitration and pay the initial filing fee and Credit Acceptance shall be responsible for payment of the arbitrator's fees.

5. The parties will be responsible for their respective attorneys' fees and costs.

6. This action is stayed pending the outcome of arbitration.

SO ORDERED.

                                               s/George Caram Steeh
                                               U.S. District Court Judge

Dated: March 14, 2019

STIPULATED:

| | |
|---|---|
| /s/Amy L. Bennecoff Ginsburg | /s/Stephen W. King |
| Amy L. Bennecoff Ginsburg | Stephen W. King (P56456) |
| Kimmel & Silverman, P.C. | KING AND MURRAY PLLC |
| 30 East Butler Pike | 355 S. Old Woodward, Suite 100 |
| Ambler, PA 19002 | Birmingham, MI 48009 |
| (215) 540-8888 | (248) 792-2398 |
| aginsburg@creditlaw.com | sking@kingandmurray.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |