# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **DARRYL DAVIS,** | ) |
| Plaintiff, | ) Case No.: 2:19-cv-10118-GCS-RSW |
| v. | ) |
| **CREDIT ACCEPTANCE CORPORATION,** | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.


Dated: January 20, 2021        BY: */s/ Amy L. B. Ginsburg*
                                               Amy L. B. Ginsburg, Esquire
                                               Kimmel & Silverman, P.C.
                                               30 East Butler Pike
                                               Ambler, PA 19002
                                               Phone: (215) 540-8888 ext. 167
                                               Facsimile: (877) 788-2864
                                               Email: teamkimmel@creditlaw.com
                                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, do certify that I served a true and correct copy of Plaintiff's Notice of Voluntary Dismissal in the above-captioned matter, upon the Clerk of Court via ECF.

KIMMEL & SILVERMAN, P.C.

Date: January 20, 2021    By:    /s/ Amy L. B. Ginsburg
                                                      Amy L. B. Ginsburg, Esquire
                                                      Kimmel & Silverman, P.C.
                                                      30 East Butler Pike
                                                      Ambler, PA 19002
                                                      Telephone: 215-540-8888
                                                      Facsimile: 215-540-8817
                                                      aginsburg@creditlaw.com